# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

**UNITED STATES OF AMERICA**

v.

**CHRISTOPHER L. RENTMEESTER**

**INITIAL APPEARANCE/ARRAIGNMENT AND PLEA MINUTES**

CASE NUMBER **26-CR-121**

| | |
|---|---|
| HONORABLE NANCY JOSEPH, presiding | Court Reporter: Liberty |
| Deputy Clerk: Ross M. | Hearing Began: 10:31 a.m. |
| Hearing Held: July 20, 2026 at 10:30 a.m. | Hearing Ended: 10:36 a.m. |

**Appearances:**

UNITED STATES OF AMERICA by: Abbey Marzick
Christopher L. Rentmeester, in person, and by: Julie Linnen
U.S. PROBATION OFFICE by: Jennifer Cravatta
INTERPRETER: ☑ None ☐ Sworn

☐ CJA ☑ FDS ☐ RET

☑ Original Indictment ☐ Superseding Indictment ☐ Information ☐ Misdemeanor ☑ Felony

| | | | |
|---|---|---|---|
| Speedy Trial Date: | September 28, 2026 | District Judge: | J. P. Stadtmueller |
| Final Pretrial Conf.: | TO BE SET | Magistrate Judge: | Stephen C. Dries |
| Jury Trial Date: | TO BE SET | Motions Due: | August 4, 2026 |
| Trial Length Estimate: | 4 days | Responses Due: | August 14, 2026 |
| | | Replies Due: | August 19, 2026 |

☐ Defendant consents to proceed via video
☑ Defendant advised of rights
☐ Court orders counsel appointed
☑ Defendant advised of charges, penalties, and fines
☑ Copy of indictment received by defendant
  ☑ Indictment read ☐ defendant waives reading
☑ Not guilty plea entered by: ☑ defendant ☐ the court
☑ Expanded discovery policy applies (*See* Order below)
  Discovery available: ready to produce

☑ Government to disclose grand jury materials one day prior to trial
☐ Oral Motion for Complex Designation
  ☐ Granted ☐ Denied
  ☐ Referred to Stephen C. Dries
☐ Case designated complex
☐ Pretrial Scheduling Conference requested by the Government
☐ Counsel Only Scheduling Conference set for:

before Magistrate Judge Stephen C. Dries

Maximum Penalties:
**Count 1** – INC: mandatory minimum 15 years-30 years; FINE : $250,000; SR: mandatory minimum 5 years-life; SA: $100.
**Count 2** – INC: mandatory minimum 15 years-30 years; FINE : $250,000; SR: mandatory minimum 5 years-life; SA: $100.
Bond Status:
☑ Court orders federal detainer

**IT IS HEREBY ORDERED** that as required by Federal Rule of Criminal Procedure 5(f), the court **ORDERS** that the government must produce all exculpatory information to the defendant(s) as required by *Brady v. Maryland,* 373 U.S. 83 (1963) and its progeny. Failure to comply with this order in a timely manner may result in sanctions, including exclusion of evidence, adverse jury instructions, dismissal of charges and contempt proceedings